FILED

02/22/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0629

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 21-0629

STATE OF MONTANA,

      Plaintiff and Appellee,

    v.

JOSHUA RICHARD BROWN,

      Defendant and Appellant.

## ORDER GRANTING EXTENSION OF TIME

Upon the unopposed motion of Defendant Joshua Brown,

IT IS ORDERED that Defendant may have until March 24, 2022 in which to file his opening brief.

Dated this ___ day of February, 2022.

_____

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
February 22 2022